**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| KAMRAN KAHN, SHAMIM RABBANI  on behalf themselves and all others similarly situated,  Plaintiffs,  vs.  DRYSHIPS, INC., GEORGE ECONOMOU, PANKAJ KHANNA, ZIAD NAKHLEH, NIKI FOTIOU, GEORGE DEMATHAS, GEORGE XIRIDAKIS, EVANGELOS MYTILINAIOS, HARRY G. KERAMES, VASSILIS KARAMITSANIS, CHRYSSOULA KANDYLIDIS, DEUTSCHE BANK AG, MERRILL LYNCH & CO., INC.  Defendants. | **Civ. Action No.:** 4:11-cv-2056-RSW  **JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs hereby voluntarily dismiss, without prejudice, their claims against Defendants. This notice of voluntary dismissal is timely to effect a dismissal without prejudice because no defendant has yet been served, returned a waiver of service, or served an answer, or moved for summary judgment.

Respectfully submitted,

**LUTOVICH LAW, LLC**

By: /s/ Julia Lutovich
Julia M. Lutovich, #MO61798
8151 Clayton Rd., Suite 200
Clayton, MO 63117
(314) 898-3054 Telephone
(314) 880-7755 Facsimile
Julia.lutovich@lutovichlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2012

/s/ Julia M. Lutovich

Julia M. Lutovich